# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                           September 20, 1999

**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge

JULISSA RODRIGUEZ-BALASQUIDE

vs                                                    CIVIL 98-1953CCC

STEWARD RAMOS-BIAGGI, et al

By order of the Court, the Initial Scheduling Conference set for September 14, 1999 was set aside pursuant to a phone call from the parties that the case has been settled. The parties shall file their settlement papers no later than October 15, 1999. Parties to be notified.

                                                    - Secretary

