IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                    October 8, 1999

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge


JULISSA M. RODRIGUEZ-BALASQUIDE,
et al

vs                                         CIVIL 98-1953CCC

DR. STUART J. RAMOS-BIAGGI, et al


By order of the Court, the Motion to Withdraw (**docket entry 34**) is NOTED. The Clerk of Court and the parties shall take notice that Luis Raúl Ríos-Díaz, Esq. is no longer an attorney at the Federal Litigation Division of the Department of Justice of the Commonwealth of Puerto Rico. The Federal Litigation Division shall, within the term of ten (10) days after notice, inform the name of the attorney to whom this case has been assigned. The parties are reminded that the settlement papers are to be filed in this case no later than October 15, 1999. Parties to be notified.

                                            *~~* - Secretary

2
Federal Litigation
10/12/99

35