IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                           October 27, 1999

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

JULISSA M. RODRIGUEZ-BALASQUIDE

vs                                               CIVIL 98-1953CCC

DR. STUART J. RAMOS-BIAGGI, et al

By order of the Court, plaintiff's Motion for Enlargement of Time to File Settlement Stipulation (**docket entry 36**) is GRANTED. The Informative Motion (**docket entry 37**) is NOTED. The Clerk of Court to take notice that defendant is being represented by the law firm of Feldstein, Gelpí and Gotay. Parties to be notified.

         - Secretary

s/c: J. Uydaminis
     E. Godoy

OCT 2 8 1999

RECD. | TO JUDGE