IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ENTERED ON DOCKET
NOV 1 2 1999 PURSUANT
TO FRCP RULES 58 & 79a

JULISSA M. RODRIGUEZ-BALASQUIDE,
her husband ANGEL M. CANABAL and
their conjugal partnership

Plaintiffs

vs                                      CIVIL 98-1953CCC

DR. STUART J. RAMOS-BIAGGI, in his
official capacity as ex-chancellor of the
Mayaguez Campus of the University of
Puerto Rico; DR. STUART J. RAMOS-
BIAGGI, in his personal capacity, his wife
JANE DOE and their conjugal partnership,
JAIME PABON, in his official capacity as
Dean of the Business Administration of the
University of Puerto Rico; JAIME PABON,
in his personal capacity, his wife ANNE ROE
and their conjugal partnership; DR.
NORMAN MALDONADO, in his official
capacity as President of the University of
Puerto Rico; DR. NORMAN
MALDONADO, in his personal capacity, his
wife JANE ROE and their conjugal
partnership; EVA ZOE QUIÑONES, in her
official capacity as Professor of the Business
Administration Faculty of the Mayaguez
Campus of the University of Puerto Rico;
EVA ZOE QUIÑONES in her personal
capacity, her husband RAY SOE and their
conjugal partnership; DR. FRED SOLTERO-
HARRINGTON, in his official capacity as
Acting Chancellor of the Mayaguez Campus
of the University of Puerto Rico; DR. FRED
SOLTERO-HARRINGTON in his personal
capacity, his wife JANE SOE and their
conjugal partnership; MAYAGUEZ
CAMPUS OF THE UNIVERSITY OF
PUERTO RICO; and THE UNIVERSITY OF
PUERTO RICO

Defendants

RECEIVED & FILED
1999 NOV 12 PM 3: 27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

CIVIL 98-1953CCC                                       2

## JUDGMENT

Having considered the Stipulation of Dismissal filed by the parties on November 5, 1999 (**docket entry 39**), the same is APPROVED and this action is hereby DISMISSED, with prejudice, pursuant to the terms and conditions of said Stipulation which are made part of this Judgment. Each party to bear his/her or its own attorney's fees, expenses and costs.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on November 10, 1999.

CARMEN CONSUELO CEREZO
United States District Judge

NOV 12 1999

AO 72A
(Rev.8/82)